## Queen of Hungary AND Phenix vs. Union, 1744

At A Court of Vice Adm.<sup>y</sup> held at Newport in the Colony of Rhode Island on friday the 28th day of Sep.<sup>r</sup> 1744.

Before the Hon.<sup>ble</sup> Leon.<sup>d</sup> Lockman Esq.<sup>r</sup> Judge

M.<sup>r</sup> Barnabas Allen A Mariner belonging to the Queen of Hungary Cap.<sup>t</sup> Nathan: Potter and sent in here in charge of A Prize in Court on Oath gave Ans.<sup>rs</sup> to these Ques.<sup>ts</sup>

$Q^t$ 1st When Where and by whom was this Vessel taken which you have brought in here as prize

$An^r$ On the 23<sup>d</sup> of Aug.<sup>t</sup> on the Banks of New foundland by Cap.<sup>t</sup> Nath.<sup>l</sup> Potter and Cap.<sup>t</sup> W.<sup>m</sup> Bennetland in Consort

*Quest* How many hands were there on board at the time of Capture and of what Nation

$An^r$ Sixteen all french men

*Quest* Are the Papers Now Produced in Court all that were found on b.<sup>d</sup> without fraud Subduction Addition or Embezelment

*Ans<sup>r</sup>* Yes

Barnabas Allen

W.<sup>m</sup> Strengthfield was Sworn Interpreter M.<sup>r</sup> Jacque Landais Com.<sup>r</sup> of the Ship sent in here as Prize by C: Bennetland and Potter in Consort on Oath in Court gave Ans.<sup>rs</sup> to these Ques.<sup>ts</sup>

*Quest:* How long have you known this Vessel

*Ans<sup>r</sup>* About 13 years I Built her for my Owner and have Commanded her ever since

$Q^t$ When where and by Whom was you taken

$An^r$ the 3<sup>d</sup> of Sep.<sup>r</sup> N: S on the Banks of Newfoundland by Cap.<sup>ts</sup> Bennetland and Potter.

$Q^t$ How many Hands were there on board and Of what Nation at the time of Capture

$An^r$ Sixteen with my self

$Qn^t$ What Burthen and How many Guns had you

$An^r$ One Hundred and three Tons No Guns

*Quest* What is the Ships Name and what does her Cargo Consist off

$An^r$ She is Called the Union her Cargo is salt some wine wood and meat

*Quest* To whom does this Vessel and Cargo belong

*An^r* To M^r Dan^l Garesche, an Inhabitant of Nieulle and A Subject of the King of france

It plainly Appears to me by the Papers Produced in Court and by the Evidence of Jacque Landais late Master of the Ship Union, that the said ship and Cargo are the Property of the Subjects of the french King and therefore I condemn the s^d Ship and Cargo libelled for As lawfull Prize to be divided amongst the Several Owners and Captors as they have agreed and such goods as cannot be divided I order to be sold by W^m Mumford Marshall of this Court the Captors Paying Cost as the Law Directs in that Case. October 1st 1744                                      Leonard Lockman